AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated,

Plaintiffs,

v.

GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES IX,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 1990 WDB

TO: (Name and address of Defendant)

Guardian Industries Corp., 2300 Hannon Road, Auburn Hills, Michigan 48326-1714; Guardian Fabrication Inc., 2300 Harmon Road, Auburn Hills, Michigan 48326-1714; Guardian Walled Lake Fabrication Corp., 3160 Ridgeway Ct., Walled Lake, Michigan 48390-1670; Guardian Glass Company, 2300 Harmon Road, Auburn Hills, Michigan 48326-1714; Pilkington Group Limited, St. Helens, Merseyside, W AIO 3TT, United Kingdom; Pilkington North America Inc., 811 Madison Avenue, Toledo, Ohio 43604-5684; Pilkington Holdings Inc., 811 Madison Avenue, Toledo, Ohio 43604-5684; Nippon Sheet Glass Co., 2-1-7 Kaigan, Minato-ku, Tokyo, 105-8552, Japan; Compagnie de Saint-Gobain, La Defense, Les Miroirs 18 avenue d' Alsace 92400 Courbevoie, France; Sant-Gobain Corporation, 750 East Swedesford Road, P.O. Box 860, Valley Forge, Pennsylvania 19482-0101; CertainTeed Corporation, 750 East Swedesford Road, P.O. Box 860, Valley Forge, Pennsylvania 19482-0101; Saint-Gobain Glass Corporation, 750 East Swedesford Road, P.O. Box 860, Valley Forge, Pennsylvania 19482-0101; Saint-Globain Glass Exprover North America Corporation, 7655 E. Gelding Drive, Suite B-2, Scottsdale, Arizona 85260; Asahi Glass Company, 1-12-1, Yurakucho, Chiyoda-ku, Tokyo 100-8405, Japan; AGC Flat Glass, 166 Chaussee de la Hulpe, 1170 Brussels, Belgium; AGC Flat Glass North America, 11175 Cicero Drive, Alpharetta, Georgia 30022-1166; AGC Flat Glass Europe, 166 Chaussee de la Hulpe, B-1170 Brussels, Belgium; AGC America, Inc., 2201 Water Ridge Parkway, Suite 400, Charlotte, North Carolina 28217; AGC InterEdge Technologies, Inc., 85 Liberty Ship Way, Suite 110B Sausalito, CA 94965; AMA Glass Corporation, 1400 Lincoln Street, Kingsport, Tennessee 37660-5174; PPG Industries, Inc., One PPG Place, Pittsburg, PA 15272; PPG Auto Glass, LLC, One PPG Place, Pittsburg, PA 15272; PPG Industries International Inc., IMM Scar Paries La Defense, 1 Avenue du Genem 1 de Gaulle, Puteaux, Hauts de Seine, France 92800.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pamela E. Woodside
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

HELEN L. ALMACEN
(By) DEPUTY CLERK

APR 1 6 2008

DATE

2002 © American LegalNet, Inc.