1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
   Irvine, California  92614
4  Telephone:  949.567.3500
5  Fax:  866.777.8799

6
   Attorneys for PILKINGTON NORTH AMERICA, INC.
7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10
   G&C AUTO BODY, INC.,                    Case No.  08-cv-01990
11
              Plaintiff,
12
         v.
13                                         **CERTIFICATION OF INTERESTED
   GUARDIAN INDUSTRIES CORP.,              ENTITIES OR PERSONS**
14 et al.,
                                           **[Local Rule 3-16]**
15            Defendants.
16
17                                         Complaint File:  April 16, 2008
18
19
20
21
22
23
24
25
26 ///
27 ///
28

1    Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington

2   North America, Inc., certifies that the following listed persons, associations of

3   persons, firms, partnerships, corporations (including parent corporations) or other

4   entities (i) have a financial interest in the subject matter in controversy or in a party

5   to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

6   party that could be substantially affected by the outcome of this proceeding, as

7   follows:

8    **Pilkington North America, Inc., is an indirect, wholly owned subsidiary**

9   **of Nippon Sheet Glass Company, Ltd.**

10

11  Dated:        May 7, 2008            Respectfully submitted,

12

13                                       By:_____/s/_____
                                              Michael L. Meeks, Esq.
14                                            PEPPER HAMILTON LLP
                                              4 Park Plaza, Suite 1200
15                                            Irvine, California  92614
                                              Telephone:  949.567.3500
16                                            Fax:  866.777.8799
17

18                                            Barbara T. Sicalides
                                              Robin P. Sumner
19                                            PEPPER HAMILTON LLP
                                              3000 Two Logan Square
20                                            18th & Arch Streets
                                              Philadelphia, PA  19103
21                                            (215) 981-4000 (telephone)
                                              (215) 981-4750 (fax)
22

23

24                                            Attorneys for PILKINGTON NORTH
                                              AMERICA, INC.
25

26

27

28