1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
4  Irvine, California 92614
   Telephone: 949.567.3500
5  Fax: 866.777.8799

6
   Attorneys for PILKINGTON GROUP LIMITED
7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11  G&C AUTO BODY, INC.,                | Case No. 08-cv-01990

            Plaintiff,
12
13  v.                                   | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

14  GUARDIAN INDUSTRIES CORP., et al.,

15          Defendants.                  | **[Local Rule 3-16]**

16
17                                       | Complaint File: April 16, 2008

18

19

20

21

22

23

24

25

26  ///
27  ///
28

                                    1

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington
2  Group Limited, certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities
4  (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding, as follows:

**Pilkington Group Limited is an indirect, wholly owned subsidiary of Nippon Sheet Glass Company, Ltd.**

Dated:   May 7, 2008          Respectfully submitted,

By:_____/s/_____
Michael L. Meeks, Esq.
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799

Barbara T. Sicalides
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000 (telephone)
(215) 981-4750 (fax)

Attorneys for PILKINGTON GROUP LIMITED