Michael L. Meeks, Esq. (State Bar No. 172000)
meeksm@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799

Attorneys for NIPPON SHEET GLASS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| G&C AUTO BODY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN INDUSTRIES CORP., et al., <br><br> Defendants. | Case No. 08-cv-01990 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **[Local Rule 3-16]** <br><br> Complaint File: April 16, 2008 |

///

1

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Nippon
2  Sheet Glass Company, Ltd., certifies that as of this date, other than the named
3  parties, there is no such interest to report.

Dated:      May 7, 2008              Respectfully submitted,

By: _____/s/_____
   Michael L. Meeks, Esq.
   PEPPER HAMILTON LLP
   4 Park Plaza, Suite 1200
   Irvine, California  92614
   Telephone:  949.567.3500
   Fax:  866.777.8799

   Barbara T. Sicalides
   Robin P. Sumner
   PEPPER HAMILTON LLP
   3000 Two Logan Square
   18th & Arch Streets
   Philadelphia, PA  19103
   (215) 981-4000 (telephone)
   (215) 981-4750 (fax)

   Attorneys for NIPPON SHEET GLASS
   COMPANY, LTD.