1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
4  Irvine, California 92614
   Telephone: 949.567.3500
5  Fax: 866.777.8799

6
   Attorneys for PILKINGTON HOLDINGS, INC.
7

8                 UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10
11 G&C AUTO BODY, INC.,                    Case No. 08-cv-01990
             Plaintiff,
12
13     v.                                  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   GUARDIAN INDUSTRIES CORP.,
14 et al.,
                                           **[Local Rule 3-16]**
15           Defendants.
16
17                                         Complaint File: April 16, 2008
18
19
20
21
22
23
24
25
26 ///
27 ///
28

1

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington
2  Holdings, Inc., certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities
4  (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding, as follows:

**Pilkington Holdings, Inc. is an indirect, wholly owned subsidiary of Nippon Sheet Glass Company, Ltd.**

Dated: May 7, 2008          Respectfully submitted,

By: _____/s/_____
Michael L. Meeks, Esq.
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799

Barbara T. Sicalides
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000 (telephone)
(215) 981-4750 (fax)

Attorneys for PILKINGTON HOLDINGS, INC.