1  Corey C. Watson (S.B.N. 204679)
   Email: cwatson@kirkland.com
2  Shelley D. Cordova (S.B.N. 234230)
   Email: scordova@kirkland.com
3  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3400
4  Los Angeles, California 90017
   Telephone:    (213) 680-8400
5  Facsimile:    (213) 680-8500

6  Attorneys for Defendants Guardian Industries Corp.; Guardian
   Fabrication Inc.; Guardian Walled Lake Fabrication Corp., and Guardian
7  Glass Co.

8  *Please refer to the signature page for the complete list of attorneys and
   parties agreeing to this stipulation.*

9              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
10

11 G&C Auto Body, Inc. on behalf of itself and all  )  CASE NO. CV 08-01990-WDB
   others similarly situated,                       )
12                                                   )
              Plaintiff,                             )
13                                                   )  **STIPULATION RE: EXTENSION OF
         v.                                          )  TIME TO RESPOND TO COMPLAINT**
14                                                   )
   GUARDIAN INDUSTRIES CORP.;                        )
15 GUARDIAN FABRICATION INC.;                        )
   GUARDIAN WALLED LAKE                              )
16 FABRICATION CORP.; GUARDIAN GLASS                 )
   COMPANY; PILKINGTON GROUP                         )
17 LIMITED.; PILKINGTON NORTH AMERICA                )
   INC.; PILKINGTON HOLDINGS INC.;                   )
18 NIPPON SHEET GLASS CO.; COMPAGNIE                 )
   DE SAINT-GOBAIN; SAINT-GOBAIN                     )
19 CORPORATION; CERTAINTEED                          )
   CORPORATION; SAINT-GOBAIN GLASS                   )
20 CORPORATION; SAINT-GOBAIN GLASS                   )
   EXPROVER NORTH AMERICA                            )
21 CORPORATION; ASAHI GLASS COMPANY                  )
   LIMITED; AGC FLAT GLASS; AGC FLAT                 )
22 GLASS NORTH AMERICA; AGC FLAT                     )
   GLASS EUROPE; AGC AMERICA, INC.;                  )
23 AGC INTEREDGE TECHNOLOGIES, INC.;                 )
   AMA GLASS CORPORATION; PPG                        )
24 INDUSTRIES, INC.; PPG AUTO GLASS,                 )
   LLC; PPG INDUSTRIES INTERNATIONAL                 )
25 INC.; JOHN DOES I-X,                              )
                                                     )
26            Defendants.                            )
                                                     )
27 _____ )

28
                              -1-

K&E 12741235.

### STIPULATION RE:  EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

WHEREAS the complaint in this action was filed on or about April 16, 2008; and

WHEREAS, with respect to those defendants who have not been served, the defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

WHEREAS various other plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of this lawsuit, including the following matters filed in the Western District of Pennsylvania:  *Sellmore Industries, Inc. v. Asahi Glass Co., et al.,* Case No. 2:08-cv-00378, *Gilkey Window Company, Inc. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00139, *D&S Glass Services, Inc. v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00179, *Frank's Glass, Inc. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00202, *Superior Glass, Inc. v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00198, *E&G Auto Parts, Inc. v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00194, *Public Supply Company v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00240, *Greenwood Glass Co. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00223, *Maran-Wurzell Glass & Mirror v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00175, *Raymond's Glass, Inc. v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00257, *Bailes Granite & Marble v. PPG Industries, et al.,* Case No. 2:08-cv-00282, *Thermo-Twin Industries, Inc. v. Asahi Glass Company Limited, et al.,* Case No. 2:08-cv-00359, *Interstate Building Materials v. Asahi Glass Co. Limited, et al.,* Case No. 2:08-cv-00388; the following matters filed in the Eastern District of Pennsylvania:  *Colonial Glass Solutions v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00478, *Jackson Glass Company, Inc. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00438, *John Draper d/b/a Draper's Auto Glass v. Guardian Industries Corp., et al.,* Case No. 2:07-cv-05223, *Wally's Glass Service, Inc. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00730, *J. Steve Woodard d/b/a Fast Glass Service v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-00956; *Perilstein Glass Corporation*

K&E 12741235.

1  *v. Asahi Glass Company Limited, et al.,* Case No. 3:08-cv-00257 in the Northern District of Ohio;

2  *Burhans Glass Co., Inc. v. Guardian Industries Corp., et al.,* Case No. 2:08-cv-10415 in the Eastern

3  District of Michigan; *Head West, Inc. v. Guardian Industries Corp., Inc. et al.,* Case No. 2:08-cv-

4  01765 in the Central District of California; and, *Diversified Glass Services, Inc. v. Pilkington North*

5  *America, Inc., et al.,* Case No. 1:08-cv-00903 in the Southern District of New York, and any

6

7  subsequent or parallel proceedings regarding the subject matter of the pending civil action (together

8  with this case, the "Related Actions"); and

9          WHEREAS certain of the plaintiffs in the Related Actions have filed motions (the "MDL

10  Motions") with the Judicial Panel of Multidistrict Litigation (the "JPML"), pending under the JPML

11  docket captioned *In re: Flat Glass Antitrust Litigation (No. II)*, MDL Docket No. 1942, seeking an

12  order centralizing the Related Actions in a single federal judicial district for coordinated and

13
    consolidated pretrial proceedings;
14

15          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

16  Plaintiff and the Defendants in this action, by and through their undersigned counsel or counsel

17  acting on their behalf, that the Defendants' time to answer, move, or otherwise plead in response to

18  the complaint in this action is extended until the earlier of (i) 45 days after the filing of a

19  Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the

20  event the JPML grants the MDL Motions; (ii) 45 days after service of the JPML's decision on the

21
    MDL Motions or whatever other deadline is set by Judge Brazil, in the event the JPML denies the
22
    MDL Motions; or (iii) the date on which the Defendants answer, move, or otherwise respond to a
23

24  complaint that is the subject of MDL 1942.

25          IT IS HEREBY FURTHER STIPULATED AND AGREED that those defendants who have

26  not been served in this case agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to

27  waive service of process of the summons and complaint in this matter only. Nothing in this

28
                                              -3-

K&E 12741235.

1  paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until

2  the time provided in the preceding paragraphs.

3      IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this

4  stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency

5  of process or insufficiency of service of process.  For the avoidance of doubt, the Defendants

6  expressly preserve and do not waive any other defenses, including, but not limited to, the defenses

7  for lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The

8  Defendants expressly reserve the rights to raise any such defenses in response to either the current

9  complaint or any amended complaint that may be filed relating to this action.

10     FILER'S ATTESTATION:  Pursuant to Order No. 45, Section X(B) regarding signatures,

11 Corey C. Watson attests that concurrence in the filing of this document has been obtained from each

12 of the signatories listed below.

13

14

15

16  DATED:  May 7, 2008          /s/ Corey C. Watson
                                _____
17                              Corey C. Watson
                                KIRKLAND & ELLIS LLP
18                              777 South Figueroa Street, Suite 3400
                                Los Angeles, CA 90017
19                              Telephone:    (213) 680-8400
                                Facsimile:    (213) 680-8500
20                              E-Mail:       cwatson@kirkland.com

21                              *Attorneys for Defendants Guardian Industries Corp.,*
                                *Guardian Fabrication Inc., Guardian Walled Lake*
22                              *Fabrication Corp. and Guardian Glass Company*

23

24

25

26

27

28

                                -4-

K&E 12741235.

1

2  DATED: May 7, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Michael L. Meeks
Michael L. Meeks (S.B.N. 172000)
E-Mail: meeksm@pepperlaw.com
PEPPER HAMILTON LLP
Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
Telephone: (949) 567-3509
Facsimile: (949) 863-0151

Barbara T. Sicalides
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
Telephone:    (215) 981-4000
Facsimile:    (215) 981-4750
E-Mail:       sicalidesb@pepperlaw.com

*Attorneys for Defendants Pilkington Group Limited,
Pilkington North America, Inc., Pilkington Holdings, Inc.
and Nippon Sheet Glass Co.*

Stipulation Re Extension Of Time To Respond
To Complaint; Case No. CV 08-01990-WDB

K&E 12741235.

1

2      DATED:  May 6, 2008                    /s/ Jeremy Calsyn
                                             Jeremy Calsyn (S.B.N. 205062)
3                                            Mark Leddy
                                             CLEARY, GOTTLIEB,
4                                            STEEN & HAMILTON LLP
                                             2000 Pennsylvania Avenue, NW
5                                            Washington, DC  20006
                                             Telephone:    (202) 974-1500
6                                            Facsimile:    (202) 974-1999
                                             E-Mail:       mleddy@cgsh.com
7

8                                            *Attorneys for Defendants Asahi Glass Co. Ltd., AGC Flat*
                                             *Glass North America, Inc., AGC Flat Glass Europe S.A.,*
9                                            *AGC America Inc., AGC Interedge Technologies, LLC*
                                             *and AMA Glass Corporation*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             Stipulation Re Extension Of Time To Respond
                                             To Complaint; Case No. CV 08-01990-WDB

K&E 12741235.

1

2   DATED:  May 7, 2008                      /s/ Richard B. Kendall

3                                            Richard B. Kendall
                                             Irell & Manella LLP
4                                            1800 Avenue of Stars
                                             Suite 900
5                                            Los Angeles, CA 90067
                                             Telephone:     (310) 277-1010
6                                            Facsimile:     (310) 203-7199
                                             E-Mail:        rkendall@irell.com
7
                                             Paul S. Hessler (to be admitted *pro hac vice*)
8                                            Thomas A. McGrath
9                                            LINKLATERS LLP
                                             1345 Avenue of the Americas
10                                           New York, NY 10105
                                             Telephone:     (212) 903-9000
11                                           Facsimile:     (212) 903-9100
                                             E-Mail:        paul.hessler@linklaters.com
12                                           E-Mail:        thomas.mcgrath@linklaters.com

13                                           *Attorneys for Defendants Compagnie de Saint-Gobain,*
14                                           *Saint-Gobain Corporation, Certainteed Corporation,*
                                             *Saint-Gobain Glass Corporation and, Saint-Gobain*
15                                           *Glass Exprover North America Corporation*

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Extension Of Time To Respond
To Complaint; Case No. CV 08-01990-WDB

K&E 12741235.

1

2     DATED:  May 6, 2008                    /s/ Lawrence R. Desideri
                                            Lawrence R. Desideri
3                                           Andrew M. Johnstone
                                            WINSTON & STRAWN LLP
4                                           35 W. Wacker Drive
                                            Chicago, Illinois 60601
5                                           Telephone:    (312) 558-5600
                                            Facsimile:    (312) 558-5700
6                                           E-Mail:       ldesideri@winston.com
7                                           E-Mail:       ajohnstone@winston.com

8                                           *Attorneys for Defendants PPG Industries, Inc., PPG Auto
9                                           Glass, LLC, PPG Industries International Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Extension Of Time To Respond
To Complaint; Case No. CV 08-01990-WDB

K&E 12741235.

1

2  DATED: May 6, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Pamela E. Woodside
Francis O. Scarpulla (S.B.N. 41059)
Craig C. Corbuitt (S.B.N. 83251)
Matthew R. Schultz (S.B.N. 220641)
Pamela E. Woodside (S.B.N. 226212)
Traviss Galloway (S.B.N. 234678)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE
LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
Email:       fscarpulla@zelle.com
Email:       ccorbitt@zelle.com

*Attorneys for Plaintiff G&C Auto Body, Inc., individually
and on behalf of all others similarly situated*

-9-

K&E 12741235.

1

## PROOF OF SERVICE

2          I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over

3   the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

4   Suite 3400, Los Angeles, California 90017.

5          On May 7, 2008, I served the following document:

6

7   **1.      STIPULATION RE:  EXTENSION OF TIME TO RESPOND TO
            COMPLAINT**

8   on the interested parties listed below in this action as follows:

9   Francis O. Scarpulla                          Lawrence R. Desideri
    Craig C. Corbuitt                             Andrew M. Johnstone
10  Matthew R. Schultz                            WINSTON & STRAWN LLP
    Pamela E. Woodside                            35 W. Wacker Drive
11  Traviss Galloway                              Chicago, Illinois 60601
12  ZELLE, HOFMANN, VOELBEL, MASON &
    GETTE LLP                                     *Attorneys for Defendants PPG Industries,*
13  44 Montgomery Street, Suite 3400              *Inc., PPG Auto Glass, LLC, PPG Industries*
    San Francisco, CA 94104                       *International Inc.*
14

15  *Attorneys for Plaintiff, G&C Auto Body, Inc.*

16                                                Barbara T. Sicalides
                                                  PEPPER HAMILTON LLP
17                                                3000 Two Logan Square
                                                  Eighteenth & Arch Street
18                                                Philadelphia, PA 19103

19                                                Michael L. Meeks (S.B.N. 172000)
20                                                E-Mail:  meeksm@pepperlaw.com
                                                  PEPPER HAMILTON LLP
21                                                Suite 1200
                                                  4 Park Plaza
22                                                Irvine, CA 92614-5955
                                                  Telephone:  (949) 567-3509
23                                                Facsimile:   (949) 863-0151
24
                                                  *Attorneys for Defendants Pilkington Group*
25                                                *Limited, Pilkington North America Inc.,*
                                                  *Pilkington Holdings Inc. and Nippon Sheet*
26                                                *Glass Co.*

27

28
                                          -10-

K&E 12741235.

1  Mark Leddy                                   Richard B. Kendall
   Jeremy Calsyn                                Irell & Manella LLP
2  CLEARY, GOTTLIEB, STEEN & HAMILTON           1800 Avenue of Stars
   LLP                                          Suite 900
3  2000 Pennsylvania Avenue, NW                 Los Angeles, CA 90067
   Washington, DC 20006                         Telephone:   (310) 277-1010
4                                               Facsimile:   (310) 203-7199
5  *Attorneys for Defendants Asahi Glass Co. Ltd.,*   E-Mail:    rkendall@irell.com
   *AGC Flat Glass North America, Inc., AGC Flat*
6  *Glass Europe S.A., AGC America Inc., AGC*    Paul S. Hessler (to be admitted *pro hac vice*)
   *Interedge Technologies, LLC and AMA Glass*   Thomas A. McGrath
7  *Corporation*                                LINKLATERS LLP
                                                1345 Avenue of the Americas
8                                               New York, NY 10105
9
10                                              *Attorneys for Defendants Compagnie de*
                                                *Saint-Gobain, Saint-Gobain Corporation,*
11                                              *Certainteed Corporation, Saint-Gobain*
                                                *Glass Corporation and, Saint-Gobain Glass*
12                                              *Exprover North America Corporation*
13
14       ☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of
15  record identified above via transmission of Notices of Electronic Filing generated by CM/ECF,
16  provided they are a registered user.
17
18       ☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with
19  postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set
20  forth above.  I am familiar with the firm's practice of collection and processing correspondence for
21  mailing.  Under that practice it would be deposited with the United States postal service on that same
22  day with postage thereon fully prepaid in the ordinary course of business.
23
24       ☒    **[Federal]**  I declare that I am employed in the office of a member of the bar of this
   court at whose direction the service was made.
25       Executed May 7, 2008, at Los Angeles, California.
26
27                                    _____
28                                              Aida Ramos

                                   -11-

K&E 12741235.