1  Corey C. Watson (S.B.N. 204679)
   Email:  cwatson@kirkland.com
2  Shelley D. Cordova (S.B.N. 234230)
   Email:  scordova@kirkland.com
3  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3400
4  Los Angeles, California  90017
   Telephone:    (213) 680-8400
5  Facsimile:    (213) 680-8500

6  *Attorneys for Defendants Guardian Glass Company*

7

8                 UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 G&C Auto Body, Inc. on behalf of itself and all ) CASE NO. CV 08-01990-WDB
   others similarly situated,                     )
11                                                 )
                                                   )
12              Plaintiff,                         )
                                                   ) **CERTIFICATION AND NOTICE OF**
13         v.                                      ) **INTERESTED PARTIES**
                                                   ) **(Local Rule 3-16) FOR GUARDIAN GLASS**
14 GUARDIAN INDUSTRIES CORP.;                      ) **COMPANY**
   GUARDIAN FABRICATION INC.;                      )
15 GUARDIAN WALLED LAKE                            )
   FABRICATION CORP.; GUARDIAN GLASS               )
16 COMPANY; PILKINGTON GROUP                       )
   LIMITED; PILKINGTON NORTH AMERICA               )
17 INC.; PILKINGTON HOLDINGS INC.;                 )
   NIPPON SHEET GLASS CO.; COMPAGNIE               )
18 DE SAINT-GOBAIN; SAINT-GOBAIN                   )
   CORPORATION; CERTAINTEED                        )
19 CORPORATION; SAINT-GOBAIN GLASS                 )
   CORPORATION; SAINT-GOBAIN GLASS                 )
20 EXPROVER NORTH AMERICA                          )
   CORPORATION; ASAHI GLASS COMPANY                )
21 LIMITED; AGC FLAT GLASS; AGC FLAT               )
   GLASS NORTH AMERICA; AGC FLAT                   )
22 GLASS EUROPE; AGC AMERICA, INC.;                )
   AGC INTEREDGE TECHNOLOGIES, INC.;               )
23 AMA GLASS CORPORATION; PPG                      )
   INDUSTRIES, INC.; PPG AUTO GLASS,               )
24 LLC; PPG INDUSTRIES INTERNATIONAL               )
   INC.; JOHN DOES I-X,                            )
25                                                 )
                Defendants.                        )
26                                                 )
                                                   )
27 _____ )

28

1         Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:  Guardian Automotive Products, Inc.;

6    Guardian Automotive, Inc.; and Guardian Industries Corp. (parents of Guardian Glass Company).

7

8

9    DATED:  May 7, 2008

      /s/ Corey C. Watson
      Corey C. Watson

10         KIRKLAND & ELLIS LLP
      777 South Figueroa Street, Suite 3400

11         Los Angeles, CA 90017

12         Telephone:    (213) 680-8400
      Facsimile:    (213) 680-8500

13         E-Mail:    cwatson@kirkland.com

14         *Attorneys for Defendant Guardian Glass Company*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**PROOF OF SERVICE**

3        I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over

4    the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

5    Suite 3400, Los Angeles, California 90017.

6        On May 7, 2008, I served the following document:

7

8        **1.    CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN GLASS COMPANY**

9    on the interested parties listed below in this action as follows:

10

| | |
|---|---|
| Francis O. Scarpulla | Lawrence R. Desideri |
| Craig C. Corbuitt | Andrew M. Johnstone |
| Matthew R. Schultz | WINSTON & STRAWN LLP |
| Pamela E. Woodside | 35 W. Wacker Drive |
| Traviss Galloway | Chicago, Illinois 60601 |
| ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP | |
| 44 Montgomery Street, Suite 3400 | *Attorneys for Defendants PPG Industries, Inc., PPG Auto Glass, LLC, PPG Industries* |
| San Francisco, CA 94104 | *International Inc.* |
| | |
| *Attorneys for Plaintiff, G&C Auto Body, Inc.* | |
| | |
| Paul S. Hessler | Barbara T. Sicalides |
| Thomas A. McGrath | PEPPER HAMILTON LLP |
| LINKLATERS LLP | 3000 Two Logan Square |
| 1345 Avenue of the Americas | Eighteenth & Arch Street |
| New York, NY 10105 | Philadelphia, PA 19103 |
| | |
| Richard B. Kendall | Michael L. Meeks (S.B.N. 172000) |
| IRELL & MANELLA LLP | PEPPER HAMILTON LLP |
| 1800 Avenue of Stars, Suite 900 | 4 Park Plaza, Suite 1200 |
| Los Angeles, CA 90067 | Irvine, CA 92614-5955 |
| Telephone: (310) 277-1010 | Telephone: (949) 567-3509 |
| Facsimile: (310) 203-7199 | Facsimile: (949) 863-0151 |
| E-Mail: rkendall@irell.com | E-Mail: meeksm@pepperlaw.com |
| | |
| *Attorneys for Defendants Compagnie de Saint-Gobain, Saint-Gobain Corporation, Certainteed Corporation, Saint-Gobain Glass Corporation and, Saint-Gobain Glass Exprover North America Corporation* | *Attorneys for Defendants Pilkington Group Limited, Pilkington North America Inc., Pilkington Holdings Inc. and Nippon Sheet Glass Co.* |

K&E 12741760.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Leddy
Jeremy Calsyn
CLEARY, GOTTLIEB, STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendants Asahi Glass Co. Ltd.,*
*AGC Flat Glass North America, Inc., AGC Flat*
*Glass Europe S.A., AGC America Inc., AGC*
*Interedge Technologies, LLC and AMA Glass*
*Corporation*


    ☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.


    ☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.


    ☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Executed May 7, 2008, at Los Angeles, California.


_____
Aida Ramos

K&E 12741760.