| | |
|---|---|
| 1 | Corey C. Watson (S.B.N. 204679) |
|   | Email: cwatson@kirkland.com |
| 2 | Shelley D. Cordova (S.B.N. 234230) |
|   | Email: scordova@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
|   | 777 South Figueroa Street, Suite 3400 |
| 4 | Los Angeles, California 90017 |
|   | Telephone: (213) 680-8400 |
| 5 | Facsimile: (213) 680-8500 |

*Attorneys for Defendants Guardian Fabrication Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated, | CASE NO. CV 08-01990-WDB |
| Plaintiff, | |
| v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X, | **(Local Rule 3-16) FOR GUARDIAN FABRICATION INC.** |
| Defendants. | |

Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Guardian Industries Corp. and Glass Guard Industries, Inc. (parents of Guardian Fabrication Inc.).

DATED: May 7, 2008

/s/ Corey C. Watson
Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-Mail:        cwatson@kirkland.com

*Attorneys for Defendant Guardian Fabrication Inc.*

**PROOF OF SERVICE**

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On May 7, 2008, I served the following document:

1. **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN FABRICATION INC.**

on the interested parties listed below in this action as follows:

| | |
|---|---|
| Francis O. Scarpulla<br>Craig C. Corbuitt<br>Matthew R. Schultz<br>Pamela E. Woodside<br>Traviss Galloway<br>ZELLE, HOFMANN, VOELBEL, MASON &<br>GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br><br>*Attorneys for Plaintiff, G&C Auto Body, Inc.* | Lawrence R. Desideri<br>Andrew M. Johnstone<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br><br>*Attorneys for Defendants PPG Industries, Inc., PPG Auto Glass, LLC, PPG Industries International Inc.* |
| Paul S. Hessler<br>Thomas A. McGrath<br>LINKLATERS LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br>Richard B. Kendall<br>IRELL & MANELLA LLP<br>1800 Avenue of Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-Mail: rkendall@irell.com<br><br>*Attorneys for Defendants Compagnie de Saint-Gobain, Saint-Gobain Corporation, Certainteed Corporation, Saint-Gobain Glass Corporation and, Saint-Gobain Glass Exprover North America Corporation* | Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Street<br>Philadelphia, PA 19103<br><br>Michael L. Meeks (S.B.N. 172000)<br>E-Mail: meeksm@pepperlaw.com<br>PEPPER HAMILTON LLP<br>Suite 1200<br>4 Park Plaza<br>Irvine, CA 92614-5955<br>Telephone: (949) 567-3509<br>Facsimile: (949) 863-0151<br><br>*Attorneys for Defendants Pilkington Group Limited, Pilkington North America Inc., Pilkington Holdings Inc. and Nippon Sheet Glass Co.* |

Mark Leddy
Jeremy Calsyn
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendants Asahi Glass Co. Ltd., AGC Flat Glass North America, Inc., AGC Flat Glass Europe S.A., AGC America Inc., AGC Interedge Technologies, LLC and AMA Glass Corporation*

☒ **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒ **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 7, 2008, at Los Angeles, California.

_____
Aida Ramos