Corey C. Watson (S.B.N. 204679)
Email: cwatson@kirkland.com
Shelley D. Cordova (S.B.N. 234230)
Email: scordova@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendants Guardian Fabrication Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X,<br><br>Defendants. | CASE NO. CV 08-01990-WDB<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1(A) DISCLOSURE STATEMENT FOR GUARDIAN FABRICATION INC.** |

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR
## <u>GUARDIAN FABRICATION INC.</u>

The nongovernmental corporate party, Guardian Fabrication Inc., in the above listed civil action, has the following parent corporations:

    Guardian Industries Corp.

    Glass Guard Industries, Inc.

No publicly held company owns 10% or more of either Guardian Fabrication Inc., or any of its parents.

DATED: May 7, 2008

/s/ Corey C. Watson
Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-Mail:  cwatson@kirkland.com

*Attorneys for Defendant Guardian Fabrication Inc.*

## PROOF OF SERVICE

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On May 7, 2008, I served the following document:

1. **FEDERAL RULE OF CIVIL PROCEDURE 7.1(A) DISCLOSURE STATEMENT FOR GUARDIAN FABRICATION INC.**

on the interested parties listed below in this action as follows:

Francis O. Scarpulla
Craig C. Corbuitt
Matthew R. Schultz
Pamela E. Woodside
Traviss Galloway
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Attorneys for Plaintiff, G&C Auto Body, Inc.*

Paul S. Hessler
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

Richard B. Kendall
IRELL & MANELLA LLP
1800 Avenue of Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-Mail:    rkendall@irell.com

*Attorneys for Defendants Compagnie de Saint-Gobain, Saint-Gobain Corporation, Certainteed Corporation, Saint-Gobain Glass Corporation and, Saint-Gobain Glass Exprover North America Corporation*

Lawrence R. Desideri
Andrew M. Johnstone
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

*Attorneys for Defendants PPG Industries, Inc., PPG Auto Glass, LLC, PPG Industries International Inc.*

Barbara T. Sicalides
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103

Michael L. Meeks (S.B.N. 172000)
E-Mail:  meeksm@pepperlaw.com
PEPPER HAMILTON LLP
Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
Telephone: (949) 567-3509
Facsimile: (949) 863-0151

*Attorneys for Defendants Pilkington Group Limited, Pilkington North America Inc., Pilkington Holdings Inc. and Nippon Sheet Glass Co.*

| | |
|---|---|
| 1 | Mark Leddy |
| | Jeremy Calsyn |
| 2 | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP |
| 3 | 2000 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20006 |

*Attorneys for Defendants Asahi Glass Co. Ltd., AGC Flat Glass North America, Inc., AGC Flat Glass Europe S.A., AGC America Inc., AGC Interedge Technologies, LLC and AMA Glass Corporation*

☒ **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒ **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 7, 2008, at Los Angeles, California.

_____
Aida Ramos