1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
4  Irvine, California 92614
   Telephone: 949.567.3500
5  Fax: 866.777.8799

6
   Attorneys for PILKINGTON NORTH AMERICA, INC.
7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 G&C AUTO BODY, INC.,                | Case No. 08-cv-01990
             Plaintiff,
12
          v.
13                                     | **CERTIFICATION OF INTERESTED
   GUARDIAN INDUSTRIES CORP.,          | ENTITIES OR PERSONS**
14 et al.,
                                       | [**Local Rule 3-16**]
15           Defendants.
16
17                                     | Complaint File: April 16, 2008
18
19
20
21
22
23
24
25
26 ///
27 ///
28

1

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington
2  North America, Inc., certifies that the following listed persons, associations of
3  persons, firms, partnerships, corporations (including parent corporations) or other
4  entities (i) have a financial interest in the subject matter in controversy or in a party
5  to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
6  party that could be substantially affected by the outcome of this proceeding, as
7  follows:

**Pilkington North America, Inc., is an indirect, wholly owned subsidiary of Nippon Sheet Glass Company, Ltd.**

Dated:     May 7, 2008          Respectfully submitted,

By:_____/s/_____
Michael L. Meeks, Esq.
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799

Barbara T. Sicalides
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000 (telephone)
(215) 981-4750 (fax)

Attorneys for PILKINGTON NORTH AMERICA, INC.