1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
4  Irvine, California 92614
   Telephone: 949.567.3500
5  Fax: 866.777.8799

6
   Attorneys for PILKINGTON GROUP LIMITED
7

8                    UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11  G&C AUTO BODY, INC.,                 | Case No. 08-cv-01990
              Plaintiff,
12
13       v.                              | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
    GUARDIAN INDUSTRIES CORP.,
14  et al.,
15            Defendants.                | **[Local Rule 3-16]**
16
17                                       | Complaint File: April 16, 2008

26  ///
27  ///
28

1

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington
2  Group Limited, certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities
4  (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding, as follows:
7  **Pilkington Group Limited is an indirect, wholly owned subsidiary of**
8  **Nippon Sheet Glass Company, Ltd.**

10  Dated:     May 7, 2008          Respectfully submitted,

12                                  By:_____/s/_____
                                       Michael L. Meeks, Esq.
13                                     PEPPER HAMILTON LLP
14                                     4 Park Plaza, Suite 1200
                                       Irvine, California  92614
15                                     Telephone:  949.567.3500
16                                     Fax:  866.777.8799

17                                     Barbara T. Sicalides
18                                     Robin P. Sumner
                                       PEPPER HAMILTON LLP
19                                     3000 Two Logan Square
20                                     18th & Arch Streets
                                       Philadelphia, PA  19103
21                                     (215) 981-4000 (telephone)
22                                     (215) 981-4750 (fax)

23                                     Attorneys for PILKINGTON GROUP
24                                     LIMITED