1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   **PEPPER HAMILTON LLP**
3  4 Park Plaza, Suite 1200
4  Irvine, California 92614
   Telephone: 949.567.3500
5  Fax: 866.777.8799

6
   Attorneys for PILKINGTON HOLDINGS, INC.
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 | G&C AUTO BODY, INC.,          | Case No. 08-cv-01990
   |         Plaintiff,            |
12 |                               |
13 |    v.                         | **CERTIFICATION OF INTERESTED**
   | GUARDIAN INDUSTRIES CORP.,    | **ENTITIES OR PERSONS**
14 | et al.,                       |
15 |         Defendants.           | **[Local Rule 3-16]**
16 |                               |
17 |                               | Complaint File: April 16, 2008

18

19

20

21

22

23

24

25

26  ///

27  ///

28

                            1

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Pilkington Holdings, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, as follows:

**Pilkington Holdings, Inc. is an indirect, wholly owned subsidiary of Nippon Sheet Glass Company, Ltd.**

Dated:   May 7, 2008           Respectfully submitted,

By:_____/s/_____
Michael L. Meeks, Esq.
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799

Barbara T. Sicalides
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000 (telephone)
(215) 981-4750 (fax)

Attorneys for PILKINGTON HOLDINGS, INC.