| | |
|---|---|
| 1 | Corey C. Watson (S.B.N. 204679) |
| | Email: cwatson@kirkland.com |
| 2 | Shelley D. Cordova (S.B.N. 234230) |
| | Email: scordova@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
| | 777 South Figueroa Street, Suite 3400 |
| 4 | Los Angeles, California 90017 |
| | Telephone:    (213) 680-8400 |
| 5 | Facsimile:    (213) 680-8500 |
| 6 | *Attorneys for Defendants Guardian Walled Lake Fabrication Corp.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | G&C Auto Body, Inc. on behalf of itself and all others similarly situated, | CASE NO. CV 08-01990-WDB |
| 11 | Plaintiff, | |
| 12 | v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 13 | GUARDIAN INDUSTRIES CORP.; | **(Local Rule 3-16) FOR GUARDIAN WALLED LAKE FABRICATION CORP.** |
| 14 | GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X, | |
| 25 | Defendants. | |

Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Guardian Industries Corp. (parent of Guardian Walled Lake Fabrication Corp.).

DATED: May 7, 2008

/s/ Corey C. Watson
Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:   cwatson@kirkland.com

*Attorneys for Defendant Guardian Walled Lake Fabrication Corp.*

## PROOF OF SERVICE

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On May 7, 2008, I served the following document:

1. **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN WALLED LAKE FABRICATION CORP.**

on the interested parties listed below in this action as follows:

| | |
|---|---|
| Francis O. Scarpulla<br>Craig C. Corbuitt<br>Matthew R. Schultz<br>Pamela E. Woodside<br>Traviss Galloway<br>ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br><br>*Attorneys for Plaintiff, G&C Auto Body, Inc.* | Lawrence R. Desideri<br>Andrew M. Johnstone<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br><br>*Attorneys for Defendants PPG Industries, Inc., PPG Auto Glass, LLC, PPG Industries International Inc.* |
| Paul S. Hessler<br>Thomas A. McGrath<br>LINKLATERS LLP<br>1345 Avenue of the Americas<br>New York, NY 10105 | Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Street<br>Philadelphia, PA 19103 |
| Richard B. Kendall<br>IRELL & MANELLA LLP<br>1800 Avenue of Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-Mail: rkendall@irell.com<br><br>*Attorneys for Defendants Compagnie de Saint-Gobain, Saint-Gobain Corporation, Certainteed Corporation, Saint-Gobain Glass Corporation and, Saint-Gobain Glass Exprover North America Corporation* | Michael L. Meeks (S.B.N. 172000)<br>PEPPER HAMILTON LLP<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614-5955<br>Telephone: (949) 567-3509<br>Facsimile: (949) 863-0151<br>E-Mail: meeksm@pepperlaw.com<br><br>*Attorneys for Defendants Pilkington Group Limited, Pilkington North America Inc., Pilkington Holdings Inc. and Nippon Sheet Glass Co.* |

| | |
|---|---|
| 1 | Mark Leddy |
| | Jeremy Calsyn |
| 2 | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP |
| 3 | 2000 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20006 |
| 5 | *Attorneys for Defendants Asahi Glass Co. Ltd.,* |
| | *AGC Flat Glass North America, Inc., AGC Flat* |
| 6 | *Glass Europe S.A., AGC America Inc., AGC* |
| 7 | *Interedge Technologies, LLC and AMA Glass Corporation* |

☒  **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒  **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒  **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 7, 2008, at Los Angeles, California.

_____
Aida Ramos