Corey C. Watson (S.B.N. 204679)
Email: cwatson@kirkland.com
Shelley D. Cordova (S.B.N. 234230)
Email: scordova@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

*Attorneys for Defendants Guardian Walled Lake Fabrication Corp.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X,<br><br>        Defendants. | CASE NO. CV 08-01990-WDB<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN WALLED LAKE FABRICATION CORP.** |

1        Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:  Guardian Industries Corp. (parent of

6    Guardian Walled Lake Fabrication Corp.).

7

8    DATED:  May 7, 2008                    /s/ Corey C. Watson

9                                            Corey C. Watson

10                                           KIRKLAND & ELLIS LLP
        777 South Figueroa Street, Suite 3400

11           Los Angeles, CA 90017
        Telephone:   (213) 680-8400
        Facsimile:   (213) 680-8500

12           E-Mail:      cwatson@kirkland.com

13   *Attorneys for Defendant Guardian Walled Lake*

14   *Fabrication Corp.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PROOF OF SERVICE**

2      I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over

3  the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

4  Suite 3400, Los Angeles, California 90017.

5      On May 7, 2008, I served the following document:

6

7  **1.     CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN WALLED LAKE FABRICATION CORP.**

8  on the interested parties listed below in this action as follows:

9  Francis O. Scarpulla                     Lawrence R. Desideri
   Craig C. Corbuitt                        Andrew M. Johnstone
10  Matthew R. Schultz                       WINSTON & STRAWN LLP
   Pamela E. Woodside                       35 W. Wacker Drive
11  Traviss Galloway                         Chicago, Illinois 60601
12  ZELLE, HOFMANN, VOELBEL, MASON &
   GETTE LLP                                *Attorneys for Defendants PPG Industries,*
13  44 Montgomery Street, Suite 3400         *Inc., PPG Auto Glass, LLC, PPG Industries*
   San Francisco, CA 94104                  *International Inc.*
14

15  *Attorneys for Plaintiff, G&C Auto Body, Inc.*

16  Paul S. Hessler                          Barbara T. Sicalides
   Thomas A. McGrath                        PEPPER HAMILTON LLP
17  LINKLATERS LLP                           3000 Two Logan Square
   1345 Avenue of the Americas              Eighteenth & Arch Street
18  New York, NY 10105                       Philadelphia, PA 19103
19
   Richard B. Kendall                       Michael L. Meeks (S.B.N. 172000)
20  IRELL & MANELLA LLP                      PEPPER HAMILTON LLP
   1800 Avenue of Stars, Suite 900          4 Park Plaza, Suite 1200
21  Los Angeles, CA 90067                    Irvine, CA 92614-5955
   Telephone: (310) 277-1010                Telephone: (949) 567-3509
22  Facsimile: (310) 203-7199                Facsimile: (949) 863-0151
   E-Mail:    rkendall@irell.com            E-Mail: meeksm@pepperlaw.com
23

24  *Attorneys for Defendants Compagnie de Saint-*    *Attorneys for Defendants Pilkington Group*
   *Gobain, Saint-Gobain Corporation, Certainteed*  *Limited, Pilkington North America Inc.,*
25  *Corporation, Saint-Gobain*                       *Pilkington Holdings Inc. and Nippon Sheet*
   *Glass Corporation and, Saint-Gobain Glass*      *Glass Co.*
26  *Exprover North America Corporation*

27

28

K&E 12741745.

Mark Leddy
Jeremy Calsyn
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendants Asahi Glass Co. Ltd.,
AGC Flat Glass North America, Inc., AGC Flat
Glass Europe S.A., AGC America Inc., AGC
Interedge Technologies, LLC and AMA Glass
Corporation*

☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 7, 2008, at Los Angeles, California.

Aida Ramos

CERTIFICATION AND NOTICE OF INTERESTED PARTIES, Case No. CV 08-01990-WDB

K&E 12741745.