1 | FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
2 | MATTHEW R. SCHULTZ (220641)
PAMELA E. WOODSIDE (226212)
3 | TRAVISS GALLOWAY (234678)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
4 | 44 Montgomery Street, Suite 3400
San Francisco, CA 94104
5 | Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
6 | fscarpulla@zelle.com
ccorbitt@zelle.com
7 |
*Attorneys for Plaintiff*
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **OAKLAND DIVISION**

12 |

13 | G&C AUTO BODY, INC., on behalf of itself    )    **CASE NO.  CV 08-01990-WDB**
and all others similarly situated,    )
14 |    )
               Plaintiff,    )
15 | vs.    )    **PROOFS OF SERVICE ON SUMMONS**
   )    **AND COMPLAINT**
16 |    )
GUARDIAN INDUSTRIES CORP.;    )
17 | GUARDIAN FABRICATION INC.;    )
GUARDIAN WALLED LAKE    )
18 | FABRICATION CORP.; GUARDIAN GLASS )
COMPANY; PILKINGTON GROUP    )
19 | LIMITED; PILKINGTON NORTH AMERICA )
INC.; PILKINGTON HOLDINGS INC;    )
20 | NIPPON SHEET GLASS CO.; COMPAGNIE )
DE SAINT-GOBAIN; SAINT-GOBAIN    )
21 | CORPORATION; CERTAINTEED    )
CORPORATION; SAINT-GOBAIN GLASS    )
22 | CORPORATION; SAINT-GOBAIN GLASS    )
EXPROVER NORTH AMERICA    )
23 | CORPORATION; ASAHI GLASS COMPANY )
LIMITED; AGC FLAT GLASS; AGC FLAT    )
24 | GLASS NORTH AMERICA; AGC FLAT    )
GLASS EUROPE; AGC AMERICA, INC.;    )
25 | AGC INTEREDGE TECHNOLOGIES, INC.; )
AMA GLASS CORPORATION; PPG    )
26 | INDUSTRIES, INC.; PPG AUTO GLASS,    )
LLC; PPG INDUSTRIES INTERNATIONAL )
27 | INC.; JOHN DOES IX,    )
   )
28 |               Defendants.    )
_____ )

1  Attached are Proofs of Service on Summons and Complaint for the following Defendants:

2  1.    Guardian Industries Corp.

3  2.    Guardian Fabrication Inc.

4  3.    Guardian Walled Lake Fabrication Corp.

5  4.    Guardian Glass Company

6  5.    Pilkington North America Inc.

7  6.    Pilkington Holdings Inc.

8  7.    Saint-Gobain Corporation

9  8.    Saint-Gobain Glass Corporation

10  9.    Certainteed Corporation

11  10.   AGC Flat Glass North America

12  11.   AGC America, Inc.

13  12.   AGC InterEdge Technologies, Inc.

14  13.   AMA Glass Corporation

15  14.   PPG Industries, Inc.

16  15.   PPG Auto Glass, LLC

1

1   Dated: May 14, 2008

2                                          /s/ Pamela E. Woodside
                                           Pamela E. Woodside
3
                                           FRANCIS O. SCARPULLA (41059)
4                                          CRAIG C. CORBITT (83251)
                                           MATTHEW R. SCHULTZ (220641)
5                                          PAMELA E. WOODSIDE (226212)
                                           TRAVISS GALLOWAY (234678)
6                                          ZELLE, HOFMANN, VOELBEL, MASON
                                           & GETTE LLP
7                                          44 Montgomery Street, Suite 3400
                                           San Francisco, CA 94104
8                                          Telephone:    (415) 693-0700
                                           Facsimile:     (415) 693-0770
9                                          fscarpulla@zelle.com
                                           ccorbitt@zelle.com
10
                                           *Attorneys for Plaintiff*
11

12

13

14

15
    3173380v1
16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

1

## CERTIFICATE OF SERVICE

I, Rita Mehler, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

### PROOFS OF SERVICE ON SUMMONS AND COMPLAINT

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: May 14, 2008

/s/ *Rita Mehler*
Rita Mehler

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018373

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated | CASE NUMBER: CV 08 1990 WDB |
|---|---|
| **Plaintiff (s)** | |
| v. | **PROOF OF SERVICE** |
| GUARDIAN INDUSTRIES CORP., et al. | **SUMMONS AND COMPLAINT** |
| **Defendant (s)** | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons           ☒ class action complaint      ☐ alias summons          ☐ first amended complaint
       in a civil case                                                             ☐ second amended complaint
                                                                                    ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  **Person served:**
    a. ☒ Defendant *(name)*: GUARDIAN INDUSTRIES CORP.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: LIZ BACHMAN, MANAGING PARTNER, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF GUARDIAN INDUSTRIES CORP.
    c. ☒ Address Where papers were served: 720 14TH STREET, SACRAMENTO, CA 95814

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date)*:        **APRIL 18, 2008**        at *(time)*:        **2:37PM**

    b. ☐ By **Substituted service**. By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date)*: _____     at *(time)*: _____

1

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date)*: _____    at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

**SERGIO RAMOS/#675/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018374

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)** | **CASE NUMBER: CV 08 1990 WDB** |
| v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.   At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
   a.☒ summons          ☒ class action complaint   ☐ alias summons          ☐ first amended complaint
        in a civil case                                                     ☐ second amended complaint
                                                                            ☐ third amended complaint

   ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.   Person served:
   a. ☒ Defendant *(name):* GAURDIAN FABRICATION INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named):* LIZ BACHMAN, MANAGING PARTNER, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF GAURDIAN FABRICATION INC.
   c. ☒ Address Where papers were served: **720 14TH STREET, SACRAMENTO, CA 95814**

3.   **Manner of service** in compliance with *(the appropriate box **must** be checked):*
   a.   ☒ Federal Rules of Civil Procedure
   b.   ☐ California Code of Civil Procedure

4.   **I served** the person named in item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date):*        **APRIL 18, 2008**      at *(time):*        **2:37PM**

   b. ☐ By **Substituted service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date):* _____        at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

**5.** Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: (date): _____ at (time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

**SERGIO RAMOS/#675/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
(Signature)

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for: PLAINTIFFS**
Reference: 3018375

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)**<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **CASE NUMBER: CV 08 1990 WDB**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a.☒ summons          ☒ class action complaint     ☐ alias summons          ☐ first amended complaint
       in a civil case                                                          ☐ second amended complaint
                                                                                ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name)*: GUARDIAN WALLED LAKE FABRICATION CORP.
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: CARLA BROWN, LEGAL ASSISTANT, ACCEPTED SERVICE OF PROCESS ON BEHALF OF GUARDIAN WALLED LAKE FABRICATION CORP.
    c. ☒ Address Where papers were served: **2300 HARMON ROAD, AUBURN HILLS, MI**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a.  ☒  Federal Rules of Civil Procedure
    b.  ☐  California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date):*          **APRIL 24, 2008**          at *(time):*          **1:30PM**

    b. ☐ By **Substituted service**. By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date):* _____          at *(time):* _____

_____    1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

**CV-1 (04/01)**

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
     Name of person served:
     Title of person served:
     Date and time of service: *(date):* _____     at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certfied mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**c/o NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☒ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: MAY 6, 2008

*Robert K Andrees*
*(Signature)*
ROBERT K ANDREES

2

**PROOF OF SERVICE–SUMMONS AND COMPLAINT**

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for: PLAINTIFFS**
Reference: 3018376

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC., on Behalf of Itself and All
Others Similarly Situated

**Plaintiff (s)**

v.

GUARDIAN INDUSTRIES CORP., et al.

**Defendant (s)**

**CASE NUMBER: CV 08 1990 WDB**

## PROOF OF SERVICE
## SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons          ☒ class action complaint     ☐ alias summons          ☐ first amended complaint
       in a civil case                                                           ☐ second amended complaint
                                                                                 ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
    FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION
    TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
    JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S.
    MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF
    CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT;
    ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name):* GUARDIAN GLASS COMPANY
    b. ☒ Other *(specify name and title or relationship to the party/business named): CARLA BROWN, LEGAL ASSISTANT,
    ACCEPTED SERVICE OF PROCESS ON BEHALF OF GUARDIAN GLASS COMPANY*
    c. ☒ Address Where papers were served: **2300 HARMON ROAD, AUBURN HILLS, MI**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
    a. ☒  Federal Rules of Civil Procedure
    b. ☐  California Code of Civil Procedure

4.  I served the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
    guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date):*     **APRIL 24, 2008**     at *(time):*     **1:30PM**

    b. ☐ By **Substituted service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
       competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office ofplace of business, at least 18 years of age, who was informed of the
       general nature of the papers.

       3. ☐ **Papers were served on** *(date):* _____     at *(time):* _____

    4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

    5. ☐ **papers were mailed** on (date): _____

    6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5.   Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
     Name of person served:
     Title of person served:
     Date and time of service: *(date):* _____     at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.   At the time of service I was at least 18 years of age and not a party to this action.

7.   Person serving *(name, address and telephone number):*

c/o **NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

   a. Fee for service: $

   b. ☒ Not a Registered California Process Server

   c. ☐ Exempt from registration under B&P 2235(b)

   d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: MAY 6, 2008

*(Signature)*
ROBERT L ANDREES

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0700
**Attorney(s) for:** PLAINTIFFS
Reference: 3018377

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)** | **CASE NUMBER: CV 08 1990 WDB** |
| v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a. ☒ summons          ☒ class action complaint      ☐ alias summons          ☐ first amended complaint
       in a civil case                                                            ☐ second amended complaint
                                                                                  ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
    FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION
    TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
    JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S.
    MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF
    CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT;
    ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name): PILKINGTON NORTH AMERICA INC.*
    b. ☒ Other *(specify name and title or relationship to the party/business named): SUSAN KIEZLK, ATTORNEY FOR
    CORPORATION, ACCEPTED SERVICE OF PROCESS ON BEHALF OF PILKINGTON NORTH AMERICA INC.*
    c. ☒ Address Where papers were served:  **811 MADISON AVENUE, TOLEDO, OH 43604-5684**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a. ☒  Federal Rules of Civil Procedure
    b. ☐  California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
    guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date):*      **APRIL 24, 2008**      at *(time):*      **1:31PM**

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
           competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
           general nature of the papers.

        3. ☐ **Papers were served on** *(date):* _____      at *(time):* _____

1

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage paid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

a. Fee for service: $

**c/o NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 24, 2008

_David Reeder_ DAVID REEDER
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018378

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff(s)**<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant(s)** | CASE NUMBER: CV 08 1990 WDB<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a.☒ summons            ☒ class action complaint    ☐ alias summons        ☐ first amended complaint
    in a civil case                                                            ☐ second amended complaint
                                                                                ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name):* PILKINGTON HOLDINGS INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named):*
    *MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF PILKINGTON HOLDINGS INC.*
    c. ☒ Address Where papers were served: **818 WEST 7ᵀᴴ STREET, LOS ANGELES, CA 90017**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

    1.☒ **Papers were served on** *(date):*        **APRIL 21, 2008**        at *(time):*        **10:58AM**

    b. ☐ By **Substituted service.** By leaving copies:

    1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☐ **Papers were served on** *(date):* _____    at *(time):* _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

1

4. ☐ **by mailing** (by first-class mail. postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served. with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope. postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering. during usual business hours. a copy of the summons and complaint to an officer. a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing. by first-class mail. postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours. a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid)copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service. or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____    at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington. D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**ALEX TERRIQUEZ/#5534/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal. or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21. 2008

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018379

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated  **Plaintiff (s)**  v.  GUARDIAN INDUSTRIES CORP., et al.  **Defendant (s)** | **CASE NUMBER: CV 08 1990 WDB**  **PROOF OF SERVICE SUMMONS AND COMPLAINT**  (Use separate proof of service for each person/party served) |
|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons          ☒ class action complaint     ☐ alias summons          ☐ first amended complaint
       in a civil case                                                          ☐ second amended complaint
                                                                                ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name): SAINT-GOBAIN CORPORATION*
    b. ☒ Other *(specify name and title or relationship to the party/business named): KATHY MCMURRAY, AGENT, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF SAINT-GOBAIN CORPORATION*
    c. ☒ Address Where papers were served:
    **750 EAST SWEDESFORD ROAD, VALLEY FORGE, PENNSYLVANIA 19482-0101**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
    a.    ☒ Federal Rules of Civil Procedure
    b.    ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date):*          **APRIL 24, 2008**          at *(time):*          **3:15PM**

    b. ☐ By **Substituted service**. By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date):* _____     at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**BRANDON SEGAL**                               a. Fee for service: $
**c/o NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**                b. ☒ Not a Registered California Process Server
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**                              c. ☐ Exempt from registration under B&P 2235(b)

                                                d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 28, 2008

_____
*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018381

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated

**Plaintiff (s)**

v.

GUARDIAN INDUSTRIES CORP., et al.

**Defendant (s)**

**CASE NUMBER: CV 08 1990 WDB**

### PROOF OF SERVICE
### SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons          ☒ class action complaint    ☐ alias summons         ☐ first amended complaint
       in a civil case                                                        ☐ second amended complaint
                                                                              ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name)*: SAINT-GOBAIN GLASS CORPORATION
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: KATHY MCMURRAY, AGENT, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF SAINT-GOBAIN GLASS CORPORATION
    c. ☒ Address Where papers were served:
    **750 EAST SWEDESFORD ROAD, VALLEY FORGE, PENNSYLVANIA 19482-0101**

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date)*:      **APRIL 24, 2008**      at *(time)*:      **3:15PM**

    b. ☐ By **Substituted service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date)*: _____    at *(time)*: _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____   at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**BRANDON SEGAL**
**c/o NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☒ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 28, 2008

_____
(Signature)

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018380

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated | **CASE NUMBER: CV 08 1990 WDB** |
|---|---|
| **Plaintiff (s)** | |
| v. | **PROOF OF SERVICE** |
| GUARDIAN INDUSTRIES CORP., et al. | **SUMMONS AND COMPLAINT** |
| **Defendant (s)** | (Use separate proof of service for each person/party served) |

1.   At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
  a. ☒ summons        ☒ class action complaint    ☐ alias summons        ☐ first amended complaint
     in a civil case                                                              ☐ second amended complaint
                                                                                  ☐ third amended complaint

  ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.   Person served:
  a. ☒ Defendant *(name):* CERTAINTEED CORPORATION
  b. ☒ Other *(specify name and title or relationship to the party/business named):*
  *MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF CERTAINTEED CORPORATION*
  c. ☒ Address Where papers were served:  **818 WEST 7TH STREET, LOS ANGELES, CA 90017**

3.   **Manner of service** in compliance with *(the appropriate box must be checked):*
  a.   ☒   Federal Rules of Civil Procedure
  b.   ☐   California Code of Civil Procedure

4.   **I served** the person named in item 2:

  a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

    1. ☒ **Papers were served on** *(date):*        **APRIL 21, 2008**        at *(time):*        **10:58AM**

  b. ☐ By **Substituted service.** By leaving copies:

    1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☐ **Papers were served on** *(date):* _____    at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: (date): _____    at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**ALEX TERRIQUEZ/#5534/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018383

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)**<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **CASE NUMBER: CV 08 1990 WDB**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| --- | --- |

1.   At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
   a.☒ summons          ☒ class action complaint    ☐ alias summons          ☐ first amended complaint
       in a civil case                                                        ☐ second amended complaint
                                                                              ☐ third amended complaint

   ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
   FOR TRIAL: (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION
   TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
   JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S.
   MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF
   CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT;
   ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.   Person served:
   a. ☒ Defendant *(name): AGC FLAT GLASS NORTH AMERICA*
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
   *MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF*
   *PROCESS ON BEHALF OF AGC FLAT GLASS NORTH AMERICA*
   c. ☒ Address Where papers were served:  **818 WEST 7TH STREET, LOS ANGELES, CA 90017**

3.   **Manner of service** in compliance with *(the appropriate box must be checked):*
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4.   **I served** the person named in item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
      guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date):*          **APRIL 21, 2008**          at *(time):*          **10:58AM**

   b. ☐ By **Substituted service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
            competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
            general nature of the papers.

      3. ☐ **Papers were served on** *(date):* _____          at *(time):* _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service. or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: (date): _____    at (time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

**ALEX TERRIQUEZ/#5534/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
(Signature)

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018384

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)**<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br><br>**Defendant (s)** | CASE NUMBER: CV 08 1990 WDB<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons          ☒ class action complaint      ☐ alias summons          ☐ first amended complaint
    in a civil case                                                                          ☐ second amended complaint
                                                                                             ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL: STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name):* AGC AMERICA, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named):*
    *MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF AGC AMERICA, INC.*
    c. ☒ Address Where papers were served: 818 WEST 7TH STREET, LOS ANGELES, CA 90017

3.  **Manner of service** in compliance with *(the appropriate box must be checked):*
    a.   ☒   Federal Rules of Civil Procedure
    b.   ☐   California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date):*          **APRIL 21, 2008**          at *(time):*          **10:58AM**

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ **Papers were served on** *(date):* _____          at *(time):* _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place where the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: (date): _____    at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**ALEX TERRIQUEZ/#5534/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $ .

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_(Signature)_

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for: PLAINTIFFS**
Reference: 3018385

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)** | **CASE NUMBER: CV 08 1990 WDB** |
| v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br><br>**Defendant (s)** | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.   At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
 a.☒ summons          ☒ class action complaint   ☐ alias summons          ☐first amended complaint
      in a civil case                                                                  ☐ second amended complaint
                                                                                           ☐ third amended complaint

      ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
      FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION
      TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
      JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S.
      MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF
      CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT;
      ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.   Person served:
 a. ☒ Defendant *(name): AGC INTEREDGE TECHNOLOGIES, INC.*
 b. ☒ Other *(specify name and title or relationship to the party/business named): DAN EOLING, SALES, AUTHORIZED TO
      ACCEPT SERVICE OF PROCESS ON BEHALF OF AGC INTEREDGE TECHNOLOGIES, INC.*
 c. ☒ Address Where papers were served: **85 LIBERTY SHIP WAY, #110B, SAUSALITO, CA 94965**

3.   **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
 a.   ☒  Federal Rules of Civil Procedure
 b.   ☐  California Code of Civil Procedure

4.   **I served** the person named in item 2:

 a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
      guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date):*        **APRIL 18, 2008**      at *(time):*        **3:38PM**

 b. ☐ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
            competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
            general nature of the papers.

      3. ☐ **Papers were served on** *(date):* _____      at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: (date): _____    at (time): _____
b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**WILLIAM DOUGLASS/#1033/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

(Signature)

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018386

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>**Plaintiff (s)**<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **CASE NUMBER: CV 08 1990 WDB**<br><br>## PROOF OF SERVICE<br>## SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |
| --- | --- |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons      ☒ class action complaint     ☐ alias summons           ☐ first amended complaint
       in a civil case                                                        ☐ second amended complaint
                                                                              ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET: NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL: (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE: (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name)*: AMA GLASS CORPORATION
    b. ☒ Other *(specify name and title or relationship to the party/business named)*:
    *MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF AMA GLASS CORPORATION*
    c. ☒ Address Where papers were served:  **818 WEST 7TH STREET, LOS ANGELES, CA 90017**

3.  **Manner of service** in compliance with *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date)*:      **APRIL 21, 2008**      at *(time)*:      **10:58AM**

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ **Papers were served on** *(date)*: _____     at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid)copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: (date): _____    at (time): _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**ALEX TERRIQUEZ/#5534/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_(Signature)_

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

| PAMELA E. WOODSIDE (226212)<br>ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE, LLP<br>44 MONTGOMERY STREET, SUITE 3400<br>SAN FRANCISCO, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 3018387 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All<br>Others Similarly Situated<br><br>**Plaintiff (s)** | **CASE NUMBER: CV 08 1990 WDB** |
|---|---|
| v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>**Defendant (s)** | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
   a. ☒ summons          ☒ class action complaint     ☐ alias summons          ☐ first amended complaint
      in a civil case                                                                              ☐ second amended complaint
                                                                                                   ☐ third amended complaint

   ☒ other *(specify):* CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
   FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION
   TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
   JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S.
   MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF
   CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT;
   ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2. Person served:
   a. ☒ Defendant *(name):* PPG INDUSTRIES, INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named):* KAREN HARRIS, PROCESS SPECIALIST, CSC
   LAWYERS, INC., ACCEPTED SERVICE OF PROCESS ON BEHALF OF PPG INDUSTRIES, INC.
   c. ☒ Address Where papers were served: **2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95833**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked):*
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
   guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date):*       **APRIL 18, 2008**      at *(time):*       **1:20PM**

   b. ☐ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
         competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
         general nature of the papers.

      3. ☐ **Papers were served on** *(date):* _____       at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: (date): _____ at (time): _____
b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving (name, address and telephone number):

**SERGIO RAMOS/#675/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
(Signature)

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

PAMELA E. WOODSIDE (226212)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 MONTGOMERY STREET, SUITE 3400
SAN FRANCISCO, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Attorney(s) for:** PLAINTIFFS
Reference: 3018388

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| G&C AUTO BODY, INC., on Behalf of Itself and All Others Similarly Situated<br><br>Plaintiff (s)<br><br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.<br>Defendant (s) | **CASE NUMBER: CV 08 1990 WDB**<br><br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
    a. ☒ summons          ☒ class action complaint   ☐ alias summons        ☐ first amended complaint
       in a civil case                                                      ☐ second amended complaint
                                                                            ☐ third amended complaint

    ☒ other *(specify)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2.  Person served:
    a. ☒ Defendant *(name)*: *PPG AUTO GLASS, LLC*
    b. ☒ Other *(specify name and title or relationship to the party/business named)*: *KAREN HARRIS, PROCESS SPECIALIST, CSC LAWYERS, INC., ACCEPTED SERVICE OF PROCESS ON BEHALF OF PPG AUTO GLASS, LLC*
    c. ☒ Address Where papers were served: **2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95833**

3.  **Manner of service** in compliance with *(the appropriate box must be checked)*:
    a.  ☒  Federal Rules of Civil Procedure
    b.  ☐  California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date)*:          **APRIL 18, 2008**          at *(time)*:          **1:20PM**

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ **Papers were served on** *(date)*: _____          at *(time)*: _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: *(date):* _____     at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**SERGIO RAMOS/#675/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 21, 2008

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)