| | |
|---|---|
| 1 | MEGAN E. GERVASE (State Bar No. 218410) |
| | WINSTON & STRAWN LLP |
| 2 | 35 W. Wacker Drive, Floor 42 |
| | Chicago, Illinois  60601 |
| 3 | Telephone:  (312) 558-5600 |
| | Facsimile:   (312) 558-5700 |
| 4 | |
| | Attorneys for Defendant |
| 5 | PPG INDUSTRIES, INC. |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated, | CASE NO. CV 08-01990-WDB |
| Plaintiff, | **PPG INDUSTRIES, INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |
| v. | |
| GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED.; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Other than the named parties, there is no such interest to report.

Dated:  June 4, 2008

WINSTON & STRAWN LLP

/s/ Megan E. Gervase

Megan E. Gervase (SBN: 218410)
WINSTON & STRAWN LLP
Attorneys for Defendant PPG Industries, Inc.

CHI:2102305.1