MEGAN E. GERVASE (Cal. State Bar No. 218410)
WINSTON & STRAWN LLP
35 W. Wacker Drive, Floor 42
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant
PPG INDUSTRIES, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED.; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X,<br><br>Defendants. | CASE NO. CV 08-01990-WDB<br><br>**PPG INDUSTRIES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1(a) DISCLOSURE STATEMENT** |

PPG INDUSTRIES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1(a) DISCLOSURE STATEMENT
(CASE NO. CV 08-01990-WDB)

Pursuant to Federal Rules of Civil Procedure 7.1(a), Defendant PPG Industries, Inc. discloses that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: PPG Industries, Inc.

No publicly owned corporation or parent corporation owns 10% or more of PPG Industries, Inc.'s stock.

Dated: June 4, 2008

                                      WINSTON & STRAWN LLP

                                      /s/ Megan E. Gervase

                                      Megan E. Gervase (SBN: 218410)
                                      WINSTON & STRAWN LLP
                                      Attorneys for Defendant PPG Industries, Inc.

CHI:2101519.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894