1   Corey C. Watson (S.B.N. 204679)
    Email: cwatson@kirkland.com
2   KIRKLAND & ELLIS LLP
    777 South Figueroa Street, Suite 3400
3   Los Angeles, California 90017
    Telephone:    (213) 680-8400
4   Facsimile:    (213) 680-8500

5   Attorneys for Defendants Guardian Industries
    Corp.; Guardian Fabrication Inc.; Guardian
6   Walled Lake Fabrication Corp., and Guardian
    Glass Co.

7

8   *Please refer to the signature page for the complete*
    *list of attorneys and parties agreeing to this stipulation.*

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12  G&C Auto Body, Inc. on behalf of itself and all     )  CASE NO. CV 08-01990-WDB
    others similarly situated,                          )
13                                                      )  **STIPULATION TO EXTEND DEADLINES**
                   Plaintiff,                           )  **SET FORTH IN ORDER SETTING**
14                                                      )  **INITIAL CASE MANAGEMENT**
           v.                                           )  **CONFERENCE AND ADR DEADLINES**
15                                                      )
    GUARDIAN INDUSTRIES CORP.;                          )  [Proposed Order Concurrently Lodged]
16  GUARDIAN FABRICATION INC.;                          )
    GUARDIAN WALLED LAKE                                )
17  FABRICATION CORP.; GUARDIAN GLASS                   )
    COMPANY; PILKINGTON GROUP                           )
18  LIMITED.; PILKINGTON NORTH AMERICA                  )
    INC.; PILKINGTON HOLDINGS INC.;                     )
19  NIPPON SHEET GLASS CO.; COMPAGNIE                   )
    DE SAINT-GOBAIN; SAINT-GOBAIN                        )
20  CORPORATION; CERTAINTEED                            )
    CORPORATION; SAINT-GOBAIN GLASS                     )
21  CORPORATION; SAINT-GOBAIN GLASS                     )
    EXPROVER NORTH AMERICA                              )
22  CORPORATION; ASAHI GLASS COMPANY                    )
    LIMITED; AGC FLAT GLASS; AGC FLAT                   )
23  GLASS NORTH AMERICA; AGC FLAT                       )
    GLASS EUROPE; AGC AMERICA, INC.;                    )
24  AGC INTEREDGE TECHNOLOGIES, INC.;                   )
    AMA GLASS CORPORATION; PPG                          )
25  INDUSTRIES, INC.; PPG AUTO GLASS,                   )
    LLC; PPG INDUSTRIES INTERNATIONAL                   )
26  INC.; JOHN DOES I-X,                                )
                                                        )
27                 Defendants.                          )
                                                        )
28  _____            )

                                    -1-

K&E 13009714.

1    WHEREAS Plaintiff filed its complaint in the above-captioned case on April 16, 2008

2    [Docket No. 1];

3    WHEREAS pursuant to Local Rule 6-1(a), the parties filed a Stipulation Re: Extension Of

4    Time To Respond To The Complaint on May 7, 2008 [Docket No. 8];

5    WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation

6    transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-

7    along actions, including this case, that would be subject to a conditional transfer order;

8    WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order

9    conditionally transferring this case (among others) to the Western District of Pennsylvania;

10    WHEREAS the transferee court in the Western District of Pennsylvania has scheduled a pre-

11    trial hearing to address, among other things, the plaintiffs' filing of a consolidated amended

12    complaint and the defendants' responses thereto;

13    WHEREAS in light of the anticipated transfer of this action and others to the Western

14    District of Pennsylvania, the parties have conferred and agree that the deadlines set forth in the

15    Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on April 16,

16    2008, (the "April 16, 2008 Order") [Docket No. 3], should be stayed in anticipation of the transfer of

17    this case to the Western District of Pennsylvania;

18    THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record,

19    hereby stipulate that the deadlines set forth in the Court's April 16, 2008 Order should be stayed

20    pending transfer and consolidation in the Western District of Pennsylvania.

21    FILER'S ATTESTATION:  Pursuant to Order No. 45, Section X(B) regarding signatures,

22    Corey C. Watson attests that concurrence in the filing of this document has been obtained from each

23    of the signatories listed below.

24

25

26

27

28

-2-

K&E 13009714.

1    DATED: June 27, 2008

/s/ Corey C. Watson
Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500
E-Mail:          cwatson@kirkland.com

*Attorneys for Defendants Guardian Industries Corp.,
Guardian Fabrication Inc., Guardian Walled Lake
Fabrication Corp. and Guardian Glass Company*

DATED: June 27, 2008

/s/ Michael L. Meeks
Michael L. Meeks (S.B.N. 172000)
E-Mail: meeksm@pepperlaw.com
PEPPER HAMILTON LLP
Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
Telephone: (949) 567-3509
Facsimile: (949) 863-0151

Barbara T. Sicalides
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
Telephone:     (215) 981-4000
Facsimile:      (215) 981-4750
E-Mail:          sicalidesb@pepperlaw.com

*Attorneys for Defendants Pilkington Group Limited,
Pilkington North America, Inc., Pilkington Holdings,
Inc. and Nippon Sheet Glass Co.*

-3-

K&E 13009714.

1   DATED:  June 27, 2008                    /s/ Jeremy Calsyn_____
                                             Jeremy Calsyn (S.B.N. 205062)
2                                            Mark Leddy
                                             CLEARY GOTTLIEB STEEN
3                                            & HAMILTON LLP
                                             2000 Pennsylvania Avenue, NW
4                                            Washington, DC  20006
                                             Telephone:    (202) 974-1500
5                                            Facsimile:    (202) 974-1999
                                             E-Mail:       mleddy@cgsh.com
6
7                                            *Attorneys for Defendants Asahi Glass Co. Ltd., AGC*
                                             *Flat Glass North America, Inc., AGC Flat Glass*
8                                            *Europe S.A., AGC America Inc., AGC Interedge*
                                             *Technologies, LLC and AMA Glass Corporation*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                -4-

K&E 13009714.

1   DATED:  June 27, 2008                  /s/ Richard B. Kendall
                                           Richard B. Kendall
2                                          Irell & Manella LLP
                                           1800 Avenue of Stars
3                                          Suite 900
                                           Los Angeles, CA 90067
4                                          Telephone:    (310) 277-1010
                                           Facsimile:    (310) 203-7199
5                                          E-Mail:       rkendall@irell.com
6
                                           Paul S. Hessler
7                                          Thomas A. McGrath
                                           LINKLATERS LLP
8                                          1345 Avenue of the Americas
                                           New York, NY 10105
9                                          Telephone:    (212) 903-9000
10                                         Facsimile:    (212) 903-9100
                                           E-Mail:       paul.hessler@linklaters.com
11                                         E-Mail:       thomas.mcgrath@linklaters.com
12
                                           *Attorneys for Defendants Compagnie de Saint-*
13                                         *Gobain, Saint-Gobain Corporation, Certainteed*
                                           *Corporation, Saint-Gobain Glass Corporation and,*
14                                         *Saint-Gobain Glass Exprover North America*
                                           *Corporation*
15
16
17   DATED:  June 27, 2008                  /s/ Lawrence R. Desideri
                                           Lawrence R. Desideri
18                                         Andrew M. Johnstone
                                           WINSTON & STRAWN LLP
19                                         35 W. Wacker Drive
                                           Chicago, Illinois 60601
20                                         Telephone:    (312) 558-5600
                                           Facsimile:    (312) 558-5700
21                                         E-Mail:       ldesideri@winston.com
22                                         E-Mail:       ajohnstone@winston.com
23
                                           *Attorneys for Defendants PPG Industries, Inc., PPG*
24                                         *Auto Glass, LLC, PPG Industries International Inc.*
25
26
27
28                                                -5-
                                           Stipulation To Extend Deadlines Set Forth In Order
                                           Setting Initial Case Management Conference
                                           And ADR Deadlines; Case No. CV 08-01990-WDB

1

DATED:  June 26, 2008

/s/ Pamela E. Woodside
Pamela E. Woodside (S.B.N. 226212)
Francis O. Scarpulla (S.B.N. 41059)
Craig C. Corbuitt (S.B.N. 83251)
Matthew R. Schultz (S.B.N. 220641)
Traviss Galloway (S.B.N. 234678)
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
Email:        fscarpulla@zelle.com
Email:        ccorbitt@zelle.com

*Attorneys for Plaintiff G&C Auto Body, Inc.,
individually and on behalf of all others similarly
situated*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

K&E 13009714.

**PROOF OF SERVICE**

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On June 27, 2008, I served the following document:

1. **STIPULATION TO EXTEND DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the interested parties listed below in this action as follows:

Francis O. Scarpulla
Craig C. Corbuitt
Matthew R. Schultz
Pamela E. Woodside
Traviss Galloway
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Attorneys for Plaintiff, G&C Auto Body, Inc.*

Lawrence R. Desideri
Andrew M. Johnstone
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

*Attorneys for Defendants PPG Industries, Inc., PPG Auto Glass, LLC, PPG Industries International Inc.*

Barbara T. Sicalides
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103

Michael L. Meeks (S.B.N. 172000)
E-Mail: meeksm@pepperlaw.com
PEPPER HAMILTON LLP
Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
Telephone: (949) 567-3509
Facsimile: (949) 863-0151

*Attorneys for Defendants Pilkington Group Limited, Pilkington North America Inc., Pilkington Holdings Inc. and Nippon Sheet Glass Co.*

-7-

K&E 13009714.

1  Mark Leddy                              Richard B. Kendall
   Jeremy Calsyn                           Irell & Manella LLP
2  CLEARY GOTTLIEB STEEN                   1800 Avenue of Stars
   & HAMILTON LLP                          Suite 900
3  2000 Pennsylvania Avenue, NW            Los Angeles, CA 90067
4  Washington, DC 20006                    Telephone:    (310) 277-1010
                                           Facsimile:    (310) 203-7199
5  *Attorneys for Defendants Asahi Glass Co. Ltd.,*   E-Mail:    rkendall@irell.com
   *AGC Flat Glass North America, Inc., AGC Flat*
6  *Glass Europe S.A., AGC America Inc., AGC*         Paul S. Hessler
   *Interedge Technologies, LLC and AMA Glass*        Thomas A. McGrath
7  *Corporation*                           LINKLATERS LLP
                                           1345 Avenue of the Americas
8                                          New York, NY 10105
9
                                           Attorneys for Defendants Compagnie de
10                                         Saint-Gobain, Saint-Gobain Corporation,
                                           Certainteed Corporation, Saint-Gobain
11                                         Glass Corporation and, Saint-Gobain Glass
                                           Exprover North America Corporation
12

13      ☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of

14  record identified above via transmission of Notices of Electronic Filing generated by CM/ECF,

15  provided they are a registered user.

16      ☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with

17  postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set

18  forth above.  I am familiar with the firm's practice of collection and processing correspondence for

19  mailing.  Under that practice it would be deposited with the United States postal service on that same

20  day with postage thereon fully prepaid in the ordinary course of business.

21      ☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this

22  court at whose direction the service was made.

23      Executed June 27, 2008, at Los Angeles, California.

24

25

26                                    Aida Ramos

27

28                                    -8-

K&E 13009714.

1  Corey C. Watson (S.B.N. 204679)
   Email: cwatson@kirkland.com
2  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3400
3  Los Angeles, California 90017
   Telephone:    (213) 680-8400
4  Facsimile:    (213) 680-8500

5  Attorneys for Defendants Guardian Industries
   Corp.; Guardian Fabrication Inc.; Guardian
6  Walled Lake Fabrication Corp., and Guardian
   Glass Co.

7
                      UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 G&C Auto Body, Inc. on behalf of itself and all  )  CASE NO. CV 08-01990-WDB
   others similarly situated,                        )
11                                                    )  **[PROPOSED] ORDER EXTENDING**
              Plaintiff,                              )  **DEADLINES SET FORTH IN ORDER**
12                                                    )  **SETTING INITIAL CASE MANAGEMENT**
        v.                                            )  **CONFERENCE AND ADR DEADLINES**
13                                                    )
   GUARDIAN INDUSTRIES CORP.;                         )
14 GUARDIAN FABRICATION INC.;                         )
   GUARDIAN WALLED LAKE                               )
15 FABRICATION CORP.; GUARDIAN GLASS                  )
   COMPANY; PILKINGTON GROUP                          )
16 LIMITED.; PILKINGTON NORTH AMERICA )
   INC.; PILKINGTON HOLDINGS INC.;                    )
17 NIPPON SHEET GLASS CO.; COMPAGNIE  )
   DE SAINT-GOBAIN; SAINT-GOBAIN                      )
18 CORPORATION; CERTAINTEED                           )
   CORPORATION; SAINT-GOBAIN GLASS                    )
19 CORPORATION; SAINT-GOBAIN GLASS                    )
   EXPROVER NORTH AMERICA                             )
20 CORPORATION; ASAHI GLASS COMPANY )
   LIMITED; AGC FLAT GLASS; AGC FLAT                  )
21 GLASS NORTH AMERICA; AGC FLAT                      )
   GLASS EUROPE; AGC AMERICA, INC.;                   )
22 AGC INTEREDGE TECHNOLOGIES, INC.; )
   AMA GLASS CORPORATION; PPG                         )
23 INDUSTRIES, INC.; PPG AUTO GLASS,                  )
   LLC; PPG INDUSTRIES INTERNATIONAL )
24 INC.; JOHN DOES I-X,                               )
                                                      )
25            Defendants.                             )
                                                      )
26 _____)

27

28                                      -1-

K&E 13014444.

1    WHEREAS Plaintiff filed its complaint in the above-captioned case on April 16, 2008

2    [Docket No. 1];

3    WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation

4    transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-

5    along actions, including this case, that would be subject to a conditional transfer order;

6    WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order

7    conditionally transferring this case (among others) to the Western District of Pennsylvania;

8    WHEREAS the transferee court in the Western District of Pennsylvania has scheduled a pre-

9    trial hearing to address, among other things, the plaintiffs' filing of a consolidated amended

10   complaint and the defendants' responses thereto;

11   WHEREAS in light of the anticipated transfer of this action and others to the Western

12   District of Pennsylvania, the parties have conferred and agreed that the deadlines set forth in the

13   Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on April 16,

14   2008, (the "April 16, 2008 Order") [Docket No. 3], should be stayed pending transfer of this case to

15   the Western District of Pennsylvania;

16   WHEREAS the parties have concurrently submitted a STIPULATION TO EXTEND

17   DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT

18   CONFERENCE AND ADR DEADLINES, seeking the relief in this Order;

19   IT IS HEREBY ORDERED THAT the deadlines set forth in the Court's April 16, 2008

20   Order shall be stayed pending transfer and consolidation of this case in the Western District of

21   Pennsylvania.

22

23   DATED: _____, 2008    _____

24                                    The Honorable Wayne D. Brazil
                                       Judge of the United States District Court
25                                    Northern District of California

26

27

28                                    -2-

K&E 13014444.

1

## PROOF OF SERVICE

2       I, Aida Ramos, am employed in the County of Los Angeles, State of California.  I am over

3    the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

4    Suite 3400, Los Angeles, California 90017.

5       On June 27, 2008, I served the following document:

6       1.    **[PROPOSED] ORDER EXTENDING DEADLINES SET FORTH IN ORDER
             SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR**

7             **DEADLINES**

8    on the interested parties listed below in this action as follows:

9    Francis O. Scarpulla                          Lawrence R. Desideri

10   Craig C. Corbuitt                             Andrew M. Johnstone
     Matthew R. Schultz                            WINSTON & STRAWN LLP

11   Pamela E. Woodside                            35 W. Wacker Drive
     Traviss Galloway                              Chicago, Illinois 60601

12   ZELLE, HOFMANN, VOELBEL, MASON &
     GETTE LLP                                     *Attorneys for Defendants PPG Industries,*

13   44 Montgomery Street, Suite 3400              *Inc., PPG Auto Glass, LLC, PPG Industries*

14   San Francisco, CA 94104                       *International Inc.*

15   *Attorneys for Plaintiff, G&C Auto Body, Inc.*

16                                                 Barbara T. Sicalides

17                                                 PEPPER HAMILTON LLP
                                                   3000 Two Logan Square

18                                                 Eighteenth & Arch Street
                                                   Philadelphia, PA 19103

19
                                                   Michael L. Meeks (S.B.N. 172000)

20                                                 E-Mail:  meeksm@pepperlaw.com
                                                   PEPPER HAMILTON LLP

21                                                 Suite 1200
                                                   4 Park Plaza

22                                                 Irvine, CA 92614-5955

23                                                 Telephone:  (949) 567-3509
                                                   Facsimile:   (949) 863-0151

24
                                                   *Attorneys for Defendants Pilkington Group*

25                                                 *Limited, Pilkington North America Inc.,*

26                                                 *Pilkington Holdings Inc. and Nippon Sheet*
                                                   *Glass Co.*

27

28                                       -3-
                                                   [Proposed] Order Extending Deadlines Set Forth In
                                                   Order Setting Initial Case Management Conference
                                                   And ADR Deadlines; Case No. CV 08-01990-WDB

K&E 13014444.

Mark Leddy
Jeremy Calsyn
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendants Asahi Glass Co. Ltd.,
AGC Flat Glass North America, Inc., AGC Flat
Glass Europe S.A., AGC America Inc., AGC
Interedge Technologies, LLC and AMA Glass
Corporation*

Richard B. Kendall
Irell & Manella LLP
1800 Avenue of Stars
Suite 900
Los Angeles, CA 90067
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199
E-Mail:        rkendall@irell.com

Paul S. Hessler
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

Attorneys for Defendants Compagnie de
Saint-Gobain, Saint-Gobain Corporation,
Certainteed Corporation, Saint-Gobain
Glass Corporation and, Saint-Gobain Glass
Exprover North America Corporation

☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 27, 2008, at Los Angeles, California.

Aida Ramos

-4-

K&E 13014444.