Corey C. Watson (S.B.N. 204679)
Email: cwatson@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Defendants Guardian Industries Corp.; Guardian Fabrication Inc.; Guardian Walled Lake Fabrication Corp., and Guardian Glass Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C Auto Body, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP.; GUARDIAN FABRICATION INC.; GUARDIAN WALLED LAKE FABRICATION CORP.; GUARDIAN GLASS COMPANY; PILKINGTON GROUP LIMITED.; PILKINGTON NORTH AMERICA INC.; PILKINGTON HOLDINGS INC.; NIPPON SHEET GLASS CO.; COMPAGNIE DE SAINT-GOBAIN; SAINT-GOBAIN CORPORATION; CERTAINTEED CORPORATION; SAINT-GOBAIN GLASS CORPORATION; SAINT-GOBAIN GLASS EXPROVER NORTH AMERICA CORPORATION; ASAHI GLASS COMPANY LIMITED; AGC FLAT GLASS; AGC FLAT GLASS NORTH AMERICA; AGC FLAT GLASS EUROPE; AGC AMERICA, INC.; AGC INTEREDGE TECHNOLOGIES, INC.; AMA GLASS CORPORATION; PPG INDUSTRIES, INC.; PPG AUTO GLASS, LLC; PPG INDUSTRIES INTERNATIONAL INC.; JOHN DOES I-X,<br><br>Defendants. | CASE NO. CV 08-01990-WDB<br><br>[PROPOSED] ORDER EXTENDING DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

-1-

[Proposed] Order Extending Deadlines Set Forth In Order Setting Initial Case Management Conference And ADR Deadlines; Case No. CV 08-01990-WDB

K&E 13014444.

1  WHEREAS Plaintiff filed its complaint in the above-captioned case on April 16, 2008
2  [Docket No. 1];
3  WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation
4  transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-
5  along actions, including this case, that would be subject to a conditional transfer order;
6  WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order
7  conditionally transferring this case (among others) to the Western District of Pennsylvania;
8  WHEREAS the transferee court in the Western District of Pennsylvania has scheduled a pre-
9  trial hearing to address, among other things, the plaintiffs' filing of a consolidated amended
10 complaint and the defendants' responses thereto;
11 WHEREAS in light of the anticipated transfer of this action and others to the Western
12 District of Pennsylvania, the parties have conferred and agreed that the deadlines set forth in the
13 Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on April 16,
14 2008, (the "April 16, 2008 Order") [Docket No. 3], should be stayed pending transfer of this case to
15 the Western District of Pennsylvania;
16 WHEREAS the parties have concurrently submitted a STIPULATION TO EXTEND
17 DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT
18 CONFERENCE AND ADR DEADLINES, seeking the relief in this Order;
19 IT IS HEREBY ORDERED THAT the deadlines set forth in the Court's April 16, 2008
20 Order shall be stayed pending transfer and consolidation of this case in the Western District of
21 Pennsylvania.
22
23 DATED: July 22, 2008      _____
                              /s/ Wayne D. Brazil
24                            The Honorable Wayne D. Brazil
25                            Judge of the United States District Court
                              Northern District of California
26
27
28                            -2-
                              [Proposed] Order Extending Deadlines Set Forth In
                              Order Setting Initial Case Management Conference
                              And ADR Deadlines; Case No. CV 08-01990-WDB

K&E 13014444.